December 13, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

UNCLE V'S SALVAGE ENTERPRISES, INC., AND VAN D. WARE,
INDIVIDUALLY, Appellants

NO. 14-16-00549-CV                 V.

DYRO PRODUCTIONS INC., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 12, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Uncle V's Salvage Enterprises, Inc., and Van D. Ware, Individually.

We further order this decision certified below for observance.